UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

RPM Freight Systems, LLC,

                  Plaintiff(s),

v.                                                Case No. 2:21–cv–11964–NGE–CI
                                                Hon. Nancy G. Edmunds

K1 Express, Inc.,

                  Defendant(s),

**NOTICE OF DETERMINATION OF MOTION
WITHOUT ORAL ARGUMENT**

The following motion(s) have been filed:

    Motion for Summary Judgment – #21

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Nancy G. Edmunds *without* oral argument.

Motion will be decided by the briefs unless otherwise ordered by the Court.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                        By: s/L. Bartlett
                                                Case Manager

Dated: June 6, 2022