UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RPM FREIGHT SYSTEMS, LLC, | Case No.: 21-11964 |
| Plaintiff, | Nancy G. Edmunds<br>United States District Judge |
| v. | |
| K1 EXPRESS, INC., | Curtis Ivy, Jr.<br>United States Magistrate Judge |
| Defendant.<br>_____/ | |

## ORDER DIRECTING SERVICE OF MOTION TO COMPEL (ECF No. 26) ON NON-PARTY

Plaintiff RPM Freight Systems, LLC filed this case against K1 Express, Inc. on August 24, 2021.  (ECF No. 1).  On July 13, 2022, Defendant moved to compel non-party Tesla, Inc. ("Tesla") to respond to their subpoena.  (ECF No. 26).  The motion was referred to the undersigned.  (ECF No. 27).  As a non-party, Tesla is not served the parties' filings as a matter of course.  Defendant is therefore **ORDERED to personally serve AND mail Defendant's motion to compel (ECF No. 26) to the non-party within 10 days of this Order.  Defendant MUST also file a notice or certificate of service confirming both attempts at service.**

**IT IS SO ORDERED**.

Review of this Order is governed by Federal Rule of Civil Procedure 72 and Local Rule 72.1.

Date:  July 20, 2022                              s/Curtis Ivy, Jr.
                                                  Curtis Ivy, Jr.
                                                  United States Magistrate Judge

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 20, 2022, by electronic means and/or ordinary mail.

                                                        s/Kristen MacKay
                                                        Case Manager
                                                        (810) 341-7850