# EXHIBIT E











